IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00153-01-CR-W-GAF |
| ) | |
| ALONZO ADAMS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Indictment (Doc. 15). Defendant asserts that Section 922(g)(1) is unconstitutional as applied to him, impermissibly infringing on his Second Amendment right to keep and bear arms.

On September 8, 2015, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. 18). On October 2, 2015, Defendant's Objections to Report and Recommendation (Doc. 21) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion Dismiss Indictment (Doc. 15) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: October 13, 2015